Daniel Ruggiero
The Law Offices of Daniel Ruggiero
275 Grove St., Suite 2-400
Newton, MA 02466
P: (339) 237-0343
E: DRuggieroEsq@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| REGINNE BERNAL, | ) |
| | ) Case No.: 2:20-cv-08079-JMV-MF |
| Plaintiff, | ) |
| | ) |
| – vs – | ) NOTICE OF SETTLEMENT |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff REGINNE BERNAL ("Plaintiff") and

Defendant GC SERVICES, LP ("Defendant") have reached settlement in the above-captioned

action. Plaintiff anticipates filing a Notice of Voluntary Dismissal within forty-five (45) days

once settlement documents are executed. Pending the Notice of Voluntary Dismissal, Plaintiff

respectfully requests that all pending deadlines be vacated.


Dated: August 27, 2020                    By:*/s/ Daniel Ruggiero*
                                          Attorney for Plaintiff

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed using the Court's CM/ECF system, which will notify all attorneys of record.

By:*/s/ Daniel Ruggiero*
Daniel Ruggiero
The Law Offices of Daniel Ruggiero
275 Grove St., Suite 2-400
Newton, MA 02466
P: (339) 237-0343
E: DRuggieroEsq@gmail.com

NOTICE OF SETTLEMENT