Daniel Ruggiero
The Law Offices of Daniel Ruggiero
275 Grove St., Suite 2-400
Newton, MA 02466
P: (339) 237-0343
E: DRuggieroEsq@gmail.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| REGINNE BERNAL, | ) |
| | ) Case No.: 2:20-cv-08079-JMV-MF |
| Plaintiff, | ) |
| | ) |
| – vs – | ) JOINT STIPULATION OF DISMISSAL |
| | ) WITH PREJUDICE |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff REGINNE BERNAL ("Plaintiff") and Defendant GC SERVICES, LP ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED,

Dated: October 7, 2020

| By: */s/ Daniel Ruggiero* | By: */s/ Matthew E. Selmasska (with permission)* |
|---|---|
| Daniel Ruggiero | Matthew E. Selmasska |
| The Law Offices of Daniel Ruggiero | KAUFMAN DOLOWICH & VOLUCK, LLP |
| 275 Grove St., Suite 2-400 | Four Penn Center |
| Newton, MA 02466 | 1600 John F. Kennedy Blvd., Suite 1030 |
| P: (339) 237-0343 | Philadelphia, PA 19103 |
| E: DRuggieroEsq@gmail.com | Telephone: (215) 501-7002 |
| *Attorney for Plaintiff* | Facsimile: (215) 405-2973 |
| | Email: mselmasska@kdvlaw.com |
| | *Attorney for Defendant* |

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed using the Court's CM/ECF system, which will notify all attorneys of record.

MONICA M. LITTMAN, ESQUIRE
RICHARD J. PERR, ESQUIRE
MATTHEW E. SELMASSKA, ESQUIRE
KAUFMAN DOLOWICH & VOLUCK, LLP
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kdvlaw.com
mittman@kdvlaw.com
mselmasska@kdvlaw.com

By:*/s/ Daniel Ruggiero*
Daniel Ruggiero
The Law Offices of Daniel Ruggiero
275 Grove St., Suite 2-400
Newton, MA 02466
P: (339) 237-0343
E: DRuggieroEsq@gmail.com