**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REGINNE BERNAL, | ) |
| | ) Case No.: 2:20-cv-08079-JMV-MF |
| Plaintiff, | ) |
| | ) |
| – vs – | ) ORDER OF DISMISSAL |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER OF DISMISSAL**

Plaintiff, Reginne Bernal ("Plaintiff"), and Defendant GC Services, LP, ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED:

Dated: 10/7/2020

John Michael Vazquez
United States Magistrate Judge

1